1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| | |
|---|---|
| SHENEICE MCKISSICK, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    vs.<br><br>TIME WARNER NY CABLE LLC, a Delaware Corporation,<br><br>            Defendant. | Case No.  CV 13-2214-NC<br><br>[PROPOSED] ORDER APPROVING STIPULATION<br><br><br><br>Honorable Nathanael M. Cousins |

22
23
24
25
26
27
28

1  [PROPOSED] ORDER

2  Based upon the Stipulation To Transfer Venue Pursuant to 28 U.S.C. §§ 1404
3  and 1406, filed jointly by the parties to the above-captioned matter, and for good
4  cause appearing therefore,

5  IT IS ORDERED that:

6  The Stipulation to Transfer Venue Pursuant to 28 U.S.C. §§ 1404 and 1406 is
7  hereby APPROVED, and

8  IT IS HEREBY FURTHER ORDERED that:

9  This case is immediately transferred to the United States District Court for the
10 Central District of California.  The Clerk of the Court shall transfer any and all files to
11 the U.S. District Court for the Central District of California necessary to effectuate
12 this transfer of venue.  The deadlines set forth in this Court's Order Setting Initial
13 Case Management Conference and ADR deadlines are hereby VACATED.  The Clerk
14 of this Court shall close this file upon completion of the transfer.

15 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

17 This  24  day of  July , 2013.



IT IS SO ORDERED
Judge Nathanael M. Cousins

[PROPOSED] ORDER APPROVING STIPULATION TO TRANSFER VENUE